CHRISTIAN F. G. MEYERS et al., Appellants, *v.* FRANCES E. HERBERT, Respondent.

(Argued June 20, 1893; decided October 3, 1893.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made at the February term, 1892, which affirmed an order of Special Term denying a motion to punish defendant for contempt.

*M. Cleiland Milnor* for appellants.

*A. B. Carrington* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

FRANK E. PARSHLEY, Appellant, *v.* THE THIRD METHODIST EPISCOPAL CHURCH in the City of Brooklyn, Respondent.

(Argued June 20, 1893; decided October 3, 1893.)

APPEAL from order of the General Term of the City Court of Brooklyn, made February 27, 1893, which denied a motion by plaintiff to require William J. Groo, attorney, to show his authority from defendant to appeal for it to said General Term, to strike out the notice of appeal and dismiss the appeal.

*Charles M. Stafford* for appellant.

*W. J. Groo* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.